UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRE ANDREWS, ) | No. CV 11-08263-MWF (VBK) |
| ) | |
| Plaintiff, ) | ORDER (1) ACCEPTING THE FINDINGS |
| ) | AND RECOMMENDATIONS OF THE UNITED |
| v. ) | STATES MAGISTRATE JUDGE, AND (2) |
| ) | DENYING IN PART DEFENDANTS' |
| OSCAR DOMINGUEZ, et al., ) | MOTION TO DISMISS WITH RESPECT TO |
| ) | PLAINTIFF'S FIRST CLAIM AGAINST |
| Defendants. ) | DEFENDANT OFFICER DOMINGUEZ AND |
| ) | GRANTING IN PART WITH RESPECT TO |
| ) | DISMISSING PLAINTIFF'S SECOND AND |
| ) | THIRD CLAIMS WITHOUT LEAVE TO |
| ) | AMEND |
| ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that an Order be entered (1) accepting the findings of the United States Magistrate Judge; (2) directing that Defendants' Motion to Dismiss be granted in part with respect to dismissing Plaintiff's second and third claims without leave to amend

//

//

and denied with respect to Plaintiff's first claim against Defendants; and (3) that Defendants file an Answer to the First Amended Complaint within 20 days of date of this Order.

DATED: January 29, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE